UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-60751-RS

BRETT GROVES,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

    Defendant.
_____/

**DEFENDANT, HEALTHCARE REVENUE RECOVERY GROUP, LLC'S
CERTIFICATE NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X_ **IS** similar or related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**This case was removed from the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, Case Number CONO23003041.**

___ **IS NOT** similar or related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency. No similar or successive case exists.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after the appearance of the party.

Dated this **24th day of April 2023**.

                                                    Respectfully submitted,
                                                  */s/ Ernest H. Kohlmyer, III*
                                                  Ernest H. Kohlmyer, III

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **April 24, 2023,** via the Court Clerk's CM/ECF system which will provide notice to the following Thomas J. Patti, Esquire and Victor Zabaleta, Esquire at tom@ Tom@pzlg.legal, and Victor@pzlg.legal; Paul A. Herman, Esquire at paul@consumeradvocatelaw.com; and Joel A. Brown, Esquire at joel.brown@friedmanandbrown.com *(Attorneys for Plaintiff).*

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 0110108
SKohlmyer@Shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, FL  32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*