**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.  0:23-cv-60751-RS

**BRETT GROVES,**

    Plaintiff,

v.

**HEALTHCARE REVENUE RECOVERY GROUP LLC,**

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Brett Groves and Defendant Healthcare Revenue Recovery Group LLC submit this Joint Notice of Settlement and states that Parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: April 28, 2023

 /s/ Thomas J. Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail: tom@pzlg.legal
**VICTOR ZABALETA, ESQ.**
Florida Bar No. 118517
E-mail: victor@pzlg.legal
PATTI ZABALETA LAW GROUP
3325 Northwest 55th Street
Fort Lauderdale, Florida 33309
Phone: 561-542-8550

COUNSEL FOR PLAINTIFF

 /s/ Ernest Kohlmyer
**ESRNEST KOHLMYER, ESQ.**
Florida Bar No. 0101108
E-mail: SKohlmyer@Shepardfirm.com
SHEPARD SMITH KOHLMYER & HAND PA
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 33751
Phone: 407-622-1772

COUNSEL FOR DEFENDANT