## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-60751-CIV-SMITH

BRETT GROVES,

      Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

      Defendant.

_____/

### NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on the parties' Joint Notice of Settlement [DE 8], indicating that this matter has been settled. Accordingly, it is

**ORDERED** that:

1.     The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **May 26, 2023.** Failure to do so may result in final dismissal of this matter without further notice.

2.     All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3.     This case is **CLOSED**.

DONE and ORDERED in Fort Lauderdale, Florida, this 28th day of April, 2023.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record