UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60751-CIV-SMITH

BRETT GROVES,

    Plaintiff,

vs.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

    Defendant.
_____/

## ORDER OF FINAL DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 10]. Accordingly, it is

**ORDERED** that:

1. This matter is **DISMISSED with prejudice.**

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

DONE and ORDERED in Fort Lauderdale, Florida, this 19th day of May, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record